IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAYMOND HILL, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 25-CV-5019 |
| | : | |
| CHESTER COUNTY PRISON, *et al.*, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 17th day of November, 2025, upon consideration of Raymond Hill's

Motions to Proceed *In Forma Pauperis* (ECF Nos. 1, 5), Prisoner Trust Fund Account Statement

(ECF No. 3), *pro se* Complaint (ECF No. 2), and submissions docketed on October 23, 2025

(ECF No. 7), November 3, 2025 (ECF No. 9), November 3, 2025 (ECF No. 10), and November

12, 2025 (ECF No. 11), it is **ORDERED** that:

1.  Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.  Hill's submissions docketed on October 23, 2025 (ECF No. 7), November 3, 2025

(ECF No. 9), November 3, 2025 (ECF No. 10), and November 12, 2025 (ECF No. 11) are

**DENIED** for the reasons stated in the Court's Memorandum.

3.  Raymond Hill, #0081751, shall pay the full filing fee of $350 in installments,

pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case.  The Court directs the

Warden of Chester County Prison or other appropriate official to assess an initial filing fee of

20% of the greater of (a) the average monthly deposits to Hill's inmate account; or (b) the

average monthly balance in Hill's inmate account for the six-month period immediately

preceding the filing of this case.  The Warden or other appropriate official shall calculate, collect,

and forward the initial payment assessed pursuant to this Order to the Court with a reference to

the docket number for this case.  In each succeeding month when the amount in Hill's inmate

trust fund account exceeds $10.00, the Warden or other appropriate official shall forward

payments to the Clerk of Court equaling 20% of the preceding month's income credited to Hill's

inmate account until the fees are paid.  Each payment shall refer to the docket number for this

case.

4.      The Clerk of Court is **DIRECTED** to send a copy of this Order to the Warden of

Chester County Prison.

5.      The Complaint is **DEEMED** filed.

6.      Hill's Complaint is **DISMISSED WITH AND WITHOUT PREJUDICE** for

the reasons stated in the Court's Memorandum as follows:

   a.  The claims alleged against Defendants Chester County Prison and C/O

       Amozou are **DISMISSED WITH PREJUDICE** for failure to state a claim

       pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

   b.  The claim alleged pursuant to the Prison Rape Elimination Act is

       **DISMISSED WITH PREJUDICE**.

   c.  The claims against C/O Dennision alleging violations of due process and

       invasion of privacy are **DISMISSED WITHOUT PREJUDICE** for failure to

       state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

7.      The Clerk of Court is **DIRECTED** to send Hill a blank copy of the Court's form

complaint for a prisoner filing a civil rights action bearing the above civil action number.  Hill

may use this form to file his amended complaint if he chooses to do so.

8.      Hill is given thirty (30) days to file an amended complaint in the event he can

allege additional facts to state additional plausible claims against C/O Dennision.  Any amended

complaint must identify all defendants in the caption of the amended complaint in addition to

identifying them in the body of the amended complaint and shall state the basis for Hill's claims

against each defendant.  The amended complaint shall be a complete document that does not rely

on the initial Complaint or other papers filed in this case to state a claim.  **This means that if**

**Hill files an amended complaint, he must reallege the retaliation claim against C/O**

**Dennision, which was not dismissed, including all supporting factual allegations, or those**

**claims will be deemed to have been abandoned**.  When drafting his amended complaint, Hill

should be mindful of the Court's reasons for dismissing the claims in his initial Complaint as

explained in the Court's Memorandum.  Upon the filing of an amended complaint, the Clerk

shall not make service until the Court orders it to do so.

9.       If Hill does not file an amended complaint, the Court will direct service of his

initial Complaint on Defendant C/O Dennision.  Hill may also notify the Court that he seeks to

proceed on the retaliation claim against C/P Dennision in the original complaint rather than file

an amended complaint.  If he files such a notice, Hill is reminded to include the case number for

this case, 25-5019.

10.      The time to serve process under Federal Rule of Civil Procedure 4(m) is

**EXTENDED** to the date 90 days after the Court issues summonses in this case if summonses are

issued.

                                        BY THE COURT:

                                        /s/ John R. Padova, J.

                                        _____
                                        **JOHN R. PADOVA, J.**